Filed 1/13/26  P. v. Sookassians CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>TALIN SOOKASSIANS,<br><br>    Defendant and Appellant. | 2d Crim. No. B345413<br>(Super. Ct. No. 2022022204)<br>(Ventura County) |

Appellant Talin Sookassians appeals from a judgment after pleading guilty to offering a controlled substance for sale in violation of Health & Safety Code section 11379, subdivision (a).

An undercover police officer arranged to buy MDMA from appellant.  Appellant's co-defendant delivered the drugs to the officer.  Appellant was charged with possessing and offering a controlled substance for sale (Health & Saf. Code, §§ 11378, 11379, subd. (a)) and conspiracy to sell a controlled substance (Pen. Code, §182, subd. (a)(1)).  Appellant waived her preliminary

hearing and trial rights, pled guilty to the offer to sell charge, and admitted aggravating factor allegations. Thereafter, the court sentenced appellant to county jail for a three-year, middle term, split sentence of 18 months in custody and 18 months on mandatory supervision. Appellant timely filed a Notice of Appeal from the plea, alleging the sentence she received was in part due to an old prior conviction. The court granted a Certificate of Probable Cause to allow the appeal to proceed.

We appointed counsel to represent appellant in this appeal. After counsel examined the record, he filed an opening brief raising no arguable issues. On October 7, 2025, we advised appellant by mail that she had 30 days to file a supplemental brief to raise any issues she wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441-443.)

### DISPOSITION

Judgment is affirmed.

NOT TO BE PUBLISHED.

CODY, J.

We concur:

YEGAN, Acting P. J.          BALTODANO, J.

2

David Hirsch, Judge
Superior Court County of Ventura
_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.